UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-cv-00046-FDW-DSC

| | |
|---|---|
| BEATRICE LEMONS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court upon Plaintiff Beatrice Lemons' Motion for Summary Judgment, (Doc. No. 9), and Defendant Commissioner of Social Security Carolyn W. Colvin's Motion for Summary Judgment, (Doc. No. 11), and the Memorandum and Recommendation ("M&R") of Magistrate Judge David S. Cayer. (Doc. No. 13). For the reasons set forth below, the Court ACCEPTS and ADOPTS the M&R, DENIES Plaintiff's Motion for Summary Judgment, and GRANTS Defendant's Motion for Summary Judgment. The Commissioner's decision is AFFIRMED.

The Federal Magistrate Act provides that "a district court shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Canby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Here, no party filed any objection to the M&R, and the time for doing so has expired.

Accordingly, after a careful review of the record in this case, the Court finds that the Magistrate Judge's findings of fact are supported by the record and his conclusions of law are consistent with and supported by current case law. Thus, the M&R (Doc. No. 13) is hereby ACCEPTED and ADOPTED, Plaintiff's Motion for Summary Judgment (Doc. No. 9) is hereby DENIED, and Defendant's Motion for Summary Judgment (Doc. No. 11) is hereby GRANTED. The Commissioner's decision is AFFIRMED. The Clerk's Office is directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: January 21, 2016

Frank D. Whitney
Chief United States District Judge