# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| BEATRICE LEMONS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15cv00046-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2016 Order.

January 21, 2016

_Frank G. John_

Frank G. Johns, Clerk
United States District Court